UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MELVIN L. KNUTSON,<br><br>            Defendant. | CASE NO. 2:25-cr-00030-LK<br><br>ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

      This matter comes before the Court on the Defendant Melvin L. Knutson's Unopposed Motion to Continue Trial and Extend Pretrial Motions Deadline. Dkt. No. 18. Mr. Knutson moves to continue the trial date from May 5, 2025 to December 8, 2025, and to continue the pretrial motions deadline from April 3, 2025 to October 24, 2025. *Id.* at 1–2.

      On March 5, 2025, a federal grand jury indicted Mr. Knutson on two counts of Receipt and Distribution of Child Pornography in violation of 18 U.S.C. § 2252(a)(2) and (b)(1), and two counts of Possession of Child Pornography in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2). Dkt. No. 11 at 1–3. He pleaded not guilty to all counts and was remanded to custody following a

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 1

1  hearing before United States Magistrate Judge Paula L. McCandlis. Dkt. No. 17. Trial was
2  scheduled for May 5, 2025. *Id.*

3      Counsel for Mr. Knutson represents that he received the Government's discovery on March
4  19, 2025 and "requests additional time to review the discovery, investigate the allegations, research
5  legal issues, research pretrial motions, obtain records, and meet with Mr. Knutson to discuss case
6  preparations." Dkt. No. 18 at 1–2. Mr. Knutson has filed a speedy trial waiver waiving his right to
7  a speedy trial and consenting to the continuation of his trial to a date up to and including February
8  1, 2026. Dkt. No. 19 at 1.

9      Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by
10 granting a continuance of trial outweigh the best interest of the public and Mr. Knutson in any
11 speedier trial. Specifically, the Court finds that failure to grant the requested continuance would
12 likely result in a miscarriage of justice and would deny defense counsel the reasonable time
13 necessary for effective preparation, taking into account the exercise of due diligence, due to
14 counsel's need for more time to review the evidence, consider possible defenses, gather evidence
15 material to the defense, and prepare for trial. *See* 18 U.S.C. § 3161(h)(7)(B)(i), (iv). The Court
16 finds that the additional time requested is a reasonable period of delay and will be necessary to
17 provide counsel and Mr. Knutson reasonable time to accomplish the above tasks.

18      For these reasons, the Court GRANTS Mr. Knutson's motion, Dkt. No. 18, and ORDERS
19 that the trial date for Mr. Knutson shall be continued from May 5, 2025 to December 8, 2025, and
20 the pretrial motions deadline shall be continued from April 3, 2025 to October 24, 2025. It is
21 further ORDERED that, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B), the period of delay from
22 //
23 //
24 //

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE - 2

the date of this Order to the new trial date is EXCLUDED when computing the time within which Mr. Knutson's trial must commence under the Speedy Trial Act.

Dated this 31st day of March, 2025.

*Lauren King*

Lauren King
United States District Judge